UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY REICH-LUSANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No. 15-cv-05367-MEJ<br><br>**CASE MANAGEMENT ORDER** |

Having reviewed the parties' Joint Case Management Statement, the Court VACATES the February 25, 2016 Case Management Conference and ORDERS as follows:

1) The parties are referred to private mediation, to be completed by September 16, 2016. The parties shall file a joint status report by September 23, 2016.

2) If the parties are unable to reach an informal resolution, this matter shall be resolved by cross-motions for judgment under Rule 52. Opening briefs are due November 18, 2016; Opposition briefs are due December 9, 2016; and Reply briefs are due December 16, 2016. The Court shall conduct a bench trial on January 19, 2017 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: February 19, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge